IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Linda

Printed: 2/5/08

Case Number: 07 B 02565
Judge: Wedoff, Eugene R
Filed: 2/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: April 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,835.00 |  |
| Secured: |  | 4,950.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,354.00 |
| Trustee Fee: |  | 474.08 |
| Other Funds: |  | 56.09 |
| Totals: | 8,835.00 | 8,835.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 3,354.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 29,735.13 | 4,692.19 |
| 4. | Great American Finance Company | Secured | 1,741.45 | 258.64 |
| 5. | America's Servicing Co | Secured | 1,358.68 | 0.00 |
| 6. | Internal Revenue Service | Priority | 10,220.90 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 62.34 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 133.38 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 173.08 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 182.99 | 0.00 |
| 11. | Neurology Associates LTD | Unsecured | 517.50 | 0.00 |
| 12. | Nicor Gas | Unsecured | 47.72 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 101.96 | 0.00 |
| 14. | Verizon Wireless | Unsecured | 314.19 | 0.00 |
| 15. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 16. | Amercredit | Unsecured |  | No Claim Filed |
| 17. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | GEMB | Unsecured |  | No Claim Filed |
| 20. | First Choice Loans | Unsecured |  | No Claim Filed |
| 21. | CNAC | Unsecured |  | No Claim Filed |
| 22. | Illinois Dept Of Human Service | Unsecured |  | No Claim Filed |
| 23. | ER PHYS Billing | Unsecured |  | No Claim Filed |
| 24. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Linda | | Case Number: 07 B 02565 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | | Filed: 2/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | National Quick Cash | Unsecured | | No Claim Filed |
| 27. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 28. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 29. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 30. | Pay Day Loan Co | Unsecured | | No Claim Filed |
| 31. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |

$ 47,943.32     $ 8,304.83

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 474.08 |

$ 474.08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____